PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No.  4424175 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| MICHEAL H. KRIKORIAN, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States

Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to

dismiss Citation Number 4424175 against MICHEAL H. KRIKORIAN without prejudice in the

interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated:  December 8, 2016                Respectfully Submitted,
                                       Phillip A. Talbert
                                       Acting United States Attorney

                          By:     _Christopher R. Pilch signature_
                                       Christopher R. Pilch
                                       Special Assistant United States Attorney

1

**O R D E R**

2

3       IT IS HEREBY ORDERED that Citation Number 4424175 against MICHEAL H.

4    KRIKORIAN be dismissed without prejudice, in the interest of justice.

5

6       Dated:  December _____9_____, 2016

7

8       HON. JENNIFER L. THURSTON
        United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

U.S.  v.  MICHEAL H. KRIKORIAN
Citation No. 4424175